UNITED STATES of America, Appellee

v.

Dorothy Maju HENRY aka Dorothy Maju aka Dorothy Kzioki Manju aka Dorothy Nzioki, Appellant.

No. 05–3009.

United States Court of Appeals, District of Columbia Circuit.

Nov. 16, 2006.

Rehearing En Banc Denied Jan. 25, 2007.

Teresa A. Wallbaum, U.S. Department of Justice, Criminal Division, Washington, DC, for Appellee.

Jenifer Wicks, Law Office of Jennifer Wicks, Washington, DC, for Appellant.

Before: SENTELLE and ROGERS, Circuit Judges, and SILBERMAN, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs by the parties. The Court has determined that the issues presented occasion no need for an opinion. *See* D.C.Cir. R. 36(b). It is

ORDERED AND ADJUDGED that the judgment of the District Court is affirmed.

Pursuant to Rule 36 of this Court, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing *en banc. See* FED R.APP. P. 41(b); D.C.Cir. R. 41.